IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TABITHA MCKENZIE,

    Plaintiff,

v.                                                 4:23cv470–WS/MJF

CHRISTOPHER PATTERSON, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 73) docketed November 12, 2024. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and for failure to comply with two court orders. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 73) is

adopted and incorporated by reference in this order of the court.

    2. Plaintiff's complaint and this action are hereby DISMISSED without prejudice for failure to prosecute and to comply with two court orders.

    3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

    4. The clerk shall close the case.

    DONE AND ORDERED this   17th   day of   December  , 2024.

                                           s/ William Stafford
                                           WILLIAM STAFFORD
                                           SENIOR UNITED STATES DISTRICT JUDGE